|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| WILLIAM FLEMING, | ) | Case No.: C 11-01830 PSG |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | **ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| AC SQUARE, INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

On April 22, 2011, Defendant filed a motion to dismiss this action, which as been assigned to a magistrate judge. Accordingly,

IT IS HEREBY ORDERED that each party is required either to file written consent to the jurisdiction of the magistrate judge or to request reassignment to a district judge, no later than April 29, 2011. *See* Civ. L.R. 73-1(a)(2). Each party shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court or from the Forms (Civil) section of the court's website at www.cand.uscourts.gov.

Dated: April 22, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*

1  **Notice of this filing was automatically mailed to counsel via the court's Electronic Case Filing system.**

2  **A copy of this filing was mailed to:**

3

4  William E. Fleming
PO Box 3214
San Jose, CA 95156

5

6  Dated: April 22, 2011

7                                                    */s/ Chambers Staff*
                                         Chambers of U.S. Magistrate Judge Paul S. Grewal

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28