1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM E. FLEMING,            )<br>                                              )<br>            Plaintiff,             )<br>                                              )<br>     v.                                   )<br>                                              )<br>AC SQUARE, INC.,                )<br>                                              )<br>            Defendant.          )<br>_____ ) | Case No.: C 11-1830 PSG<br><br>**ORDER THAT CASE BE REASSIGNED** |

On April 22, 2011, Defendant filed a motion to dismiss this action, which as been assigned to a magistrate judge. Accordingly, pursuant to Civ. L.R. 73-1(a)(2) and this court's April 22, 2011 order, each party is required either to file written consent to the jurisdiction of the magistrate judge or to request reassignment to a district judge, no later than April 29, 2011. Defendant filed its consent on April 25, 2011. Plaintiff has neither consented nor requested reassignment. Accordingly,

IT IS HEREBY ORDERED that this case be reassigned to a district judge.

Dated: April 28, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER

**Notice of this filing was automatically mailed to counsel via the court's Electronic Case Filing system.**

**A copy of this filing was mailed to:**

William E. Fleming
PO Box 3214
San Jose, CA 95156

Dated: April 28, 2011

                                        */s/ Chambers Staff*
                          Chambers of U.S. Magistrate Judge Paul S. Grewal

ORDER