UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIAM E. FLEMING,
        Plaintiff(s),

v.

AC SQUARE, INC.,
        Defendant(s).

CASE NO. 5:11-cv-01830 EJD (PSG)

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ☒ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☐ Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
- ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- ☒ other requested deadline 02/03/2012

Dated: August 17, 2011

Dated: August 17, 2011

Dated:

Dated:

Attorney for Plaintiff
WILLIAM E. FLEMING, in Pro Per

Attorney for Defendant
BENJAMIN A. EMMERT

American LegalNet, Inc.
www.USCourtForms.com

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☒ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☐ 90 days from the date of this order.
- [X] other __February 3, 2012__

IT IS SO ORDERED.

Dated: August 18, 2011

_____
UNITED STATES DISTRICT JUDGE

American LegalNet, Inc.
www.USCourtForms.com

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM E. FLEMING,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AC SQUARE, INC. et al,<br><br>　　　　Defendant._____/ | Case Number: CV11-01830 EJD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 18, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William E. Fleming
PO Box 3214
San Jose, CA 95156

Dated: August 18, 2011

　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　　/s/ By: Elizabeth Garcia, Deputy Clerk